UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1721
(1:24-cv-01367-JKB)

_____

SARAH SPITALNICK

    Plaintiff - Appellant

v.

KING & SPALDING, LLP

    Defendant - Appellee

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:24-cv-01367-JKB |
| Date notice of appeal filed in originating court: | 06/22/2025 |
| Appellant | Sarah Spitalnick |
| Appellate Case Number | 25-1721 |
| Case Manager | Emily Borneisen<br>804-916-2704 |