UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
------------------------------------------------------------ X

SARAH SPITALNICK,                                :

Appellant,                                       :

                                                 :   **STIPULATION OF DISMISSAL
                                                     WITH PREJUDICE PURSUANT TO**
v.                                               :   **FED. R. APP. P. 42**

                                                 :   25-1721

KING & SPALDING LLP,                             :

Appellee.                                        :

                                                 :

------------------------------------------------------------ X

IT IS HEREBY STIPULATED, pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure and Rule 42 of the Local Rules of the Fourth Circuit Court, that Appellant hereby dismisses all claims advanced in this action WITH prejudice.

Each party shall bear its own costs.

Dated: November 12, 2025
New York, New York

                        QUAINTON LAW

By: *Eden P. Quainton*
      Eden Quainton
      *Counsel for Sarah Spitalnick*
      2 Park Avenue, 20th Floor
      New York, NY 10169
      (212) 419-0575
      equainton@gmail.com


PROSKAUER ROSE LLP

By:   /s/ *Evandro C. Gigante*
      Evandro C. Gigante
      Keisha-Ann G. Gray

Guy G. Brenner
Melanie M. Speight
Proskauer Rose LLP
*Counsel for King & Spalding LLP*
Eleven Times Square
New York, NY 10036
(212) 969-3000
egigante@proskauer.com
kgray@proskauer.com
gbrenner@proskauer.com
mspeight@proskauer.com